UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TERRI CROWLEY<br>Plaintiff,<br><br>v.<br><br>MOOSABEC CSD, et al<br>Defendants, | )<br>)<br>)<br>)  Civil No. 1:20-cv-00414-JAW<br>)<br>)<br>) |

## JUDGMENT OF DISMISSAL

Pursuant to the Order entered by U.S. District Judge John A. Woodcock, Jr. on March 23, 2021, Judgment of Dismissal is hereby entered as to Defendants Julie Farris and Denis Howard.

All remaining claims are resolved in accordance with the Stipulation of Dismissal filed on September 28, 2021.

CHRISTA K. BERRY
CLERK

By:   /s/ Lindsey Tully
      Deputy Clerk

Dated: September 28, 2021